UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIA A. PREE, | No. 2:14-cv-1955 DAD P |
| Plaintiff, | |
| v. | ORDER |
| C/O CAMPBELL, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), the court will honor plaintiff's request.

Plaintiff has also requested that the court refund the filing fee pain in connection with this action. "Filing fees are part of the costs of litigation." Lucien v. DeTella, 141 F.3d 773, 775 (7th Cir. 1998). Prisoner cases are no exception. The Prison Litigation Reform Act ("PLRA") has no provision for return of fees that are partially paid or for cancellation of the remaining fee. See Goins v. Decaro, 241 F.3d 260, 261-62 (2d Cir. 2001) (inmates who proceeded pro se and in forma pauperis were not entitled to refund of appellate fees or to cancellation of indebtedness for unpaid appellate fees after they withdrew their appeals). In fact, "[a] congressional objective in enacting the PLRA was to 'mak[e] all prisoners seeking to bring lawsuits or appeals feel the deterrent effect created by liability for filing fees.'" Goins, 241 F.3d at 261. Accordingly, the court will deny plaintiff's request for a refund of the filing fee in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to voluntarily dismiss this action (Doc. No. 7) is granted;

2. Plaintiff's request for a refund of the filing fee (Doc. No. 7) is denied; and

3. This action is dismissed.

Dated:  April 6, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
pree1955.59